**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marlon Adrian MONTEROSO–GONZALEZ, also known as Manuel Barrara, Defendant–Appellant.**

No. 15–41024
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed: 09/28/2016

---

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX.

Marlon Adrian Monteroso–Gonzalez, Big Spring, TX, Pro Se.

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Marlon Adrian Monteroso–Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Monteroso–Gonzalez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.